# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES K. GOMEZ

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF CHILDREN AND
FAMILY SERVICES

NO.  2025 CW 1100

**JANUARY 9, 2026**

---

In Re:   State of Louisiana, Department of Children and Family
Services, applying for supervisory writs, 19th Judicial
District Court, Parish of East Baton Rouge, No. 719336.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT